```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

|  |  |  |
|---|---|---|
| CLARENCE YOUNGS | : | |
| | : | |
| v. | | NO. 11-cv-1329 |
| | : | |
| NCO FINANCIAL SYSTEMS, INC. | | |
| | : | |

                          JUDGMENT

BEFORE SCHILLER, J.

       AND NOW, to wit, this 6th day of May, 2011,
It is ORDERED that in accordance with the Acceptance of Offer and
entry of Judgment filed by Plaintiff, Judgment is entered in favor
of Plaintiff and against Defendant in the amount of $1,000.00
including reasonable costs and attorney's fees accrued.

                                BY THE COURT:


                                ATTEST:


                                /s/ Richard Sabol
                                Deputy Clerk


judg