

## Get FREE LEGAL HELP! Stop Collector Abuse, Deception, and Harassment!

Submit Free Case Review

# Meet Our Legal Team

*Kimmel & Silverman employs a team of eleven tenacious consumer attorneys licensed in Pennsylvania, New Jersey, Massachusetts, Delaware, Maryland, New York, Ohio, New Hampshire and Connecticut. Together with a support staff of more than 30 paralegals, legal assistants, clerks and administrators; Kimmel & Silverman remains the most experienced, most successful consumer warranty law firm in the nation. In this section, you can read about each lawyer and their individual experiences and accomplishments.*

**Craig Thor Kimmel** is one of the nation's most-respected consumer attorneys. Since 1997, he has served as legal consultant to the Pennsylvania House of Representatives, Consumer Affairs Committee, and has been credited with writing the first Computer Lemon Law bill, which has served as a model not only for Pennsylvania, but Illinois, Connecticut and California. He also worked with the Government in making two major amendments to the Pennsylvania Lemon Law, the inclusion of leased vehicles and the need for tighter title provisions for used cars. Mr. Kimmel has been interviewed numerous times in newspapers, magazines, television and radio features on consumer issues and is frequently featured as a consumer correspondent on various news programs and talk shows. In addition, as an expert in the field of warranty litigation, Mr. Kimmel has spoken in front of many professional organizations across the tri-state region.

PLAINTIFF'S EXHIBIT
E
ALL-STATE LEGAL

Mr. Kimmel has devoted his professional career to fighting for the rights of consumers, trying his cases in the Federal and State Courts in which he practices. He has also successfully briefed and argued cases before the Untied States Court of Appeals for the Third Circuit in matters that had national impact.

Mr. Kimmel earned his Bachelor of Arts Degrees in Economic Theory from Ursinus College and holds a Juris Doctor Degree from Widener University School of Law. He is an attorney in good standing and has been admitted to practice in Pennsylvania, New York and Massachusetts and is active in the Philadelphia Trial Lawyers Association, the Pennsylvania Bar Association and the New York Bar Association. Mr. Kimmel is also a member in good standing of the National Association of Consumer Advocates (www.naca.org) and the American Bar Association.

**Robert M. Silverman** is highly regarded throughout the legal community for his continuing efforts in helping consumers with their breach of warranty claims. Mr. Silverman has been featured in The Philadelphia Inquirer and in other newspaper stories across New Jersey and Pennsylvania as an expert in warranty litigation.

Mr. Silverman has worked hard for consumer rights, trying his cases in the Federal and State Courts in which he practices. He has also successfully briefed and argued cases before the United States Court of Appeals for the Third Circuit.

Mr. Silverman earned his Bachelor of Arts Degree from Pennsylvania State University and holds a Juris Doctor Degree form Temple University School of Law. He is an attorney in good standing and has been admitted to practice in Pennsylvania, New Jersey and New York. Mr. Silverman is an active member of the Philadelphia Trial Lawyers Association, the Pennsylvania Bar Association, the New Jersey Bar Association and the New York Bar Association. He is a member in good standing with the American Bar Association.

**Amy Bennecoff** is a graduate of Drexel University, holding dual Bachelor of Science degrees in Political Science and International Area Studies. Following graduation from college, she earned her law degree from Widener University School of Law. Since law school she has practiced in various areas of civil litigation including real estate, commercial, personal injury, and bankruptcy. Her current practice area involves various consumer claims, including Fair Debt Collection Practices Act, Lemon Law, breach of warranty, and consumer fraud cases. She is admitted to practice in Pennsylvania, New Jersey, Maryland, Tennessee, and Wyoming. In addition she is admitted to practice before the District Courts of New Jersey, Eastern District of Pennsylvania, Eastern and Middle Districts of Tennessee, District of Colorado, Eastern and Western Districts of Texas, and the Eastern and Western Districts of Arkansas.

**Angela K. Troccoli** received her Juris Doctorate in 2000. While in law school, she was a member of the New England Trial Advocacy team and interned at the New Center for Legal Advocacy in New Bedford, Massachusetts. She also interned at the Office of the Attorney General in Providence, Rhode Island. She has practiced in many different areas of civil litigation including real estate, domestic relations, trusts and estates, probate, breach of contract and personal injury. Her current practice area involves various consumer claims, including Lemon Law, Breach of Warranty, Consumer Fraud and Unfair Debt Collection Cases.

Ms. Troccoli is a member of the New Hampshire Bar Association, Connecticut Bar Association, Hartford County Bar Association and the National Association of Consumer Advocates. She is currently admitted to practice in the State of New Hampshire, Commonwealth of Massachusetts, State of Connecticut and the United States District Court of Massachusetts and New Hampshire.

**Christina Gill Roseman** received her B.A. from Pennsylvania State University in 1989. She obtained her J.D., cum laude, from Duquesne Law School in 1993, where she was a member of the Duquesne Law Review.

Upon graduation from law school, she served as a law clerk to the Honorable Stephanie Domitrovich in Erie, Pennsylvania. She then worked in Detroit, Michigan and Pittsburgh, Pennsylvania, litigating claims involving hospitals and physicians.

Ms. Roseman currently practices exclusively in the areas of consumer rights and breach of warranty. She is currently co-chair of the Membership Committee of the Women's Bar Association of Western Pennsylvania. Ms. Roseman is licensed to practice law in Ohio, Pennsylvania and Michigan.

**Sarah Young** is a graduate of Lafayette College, holding duel Bachelor of Art degrees in Philosophy and English. She obtained her J.D., from the University of Pittsburgh School of Law, where she concentrated in Litigation receiving a certification to that effect.

**Tara L. Patterson** -- Tara concentrates her practice on representing individuals harassed by creditors and debt collectors with an emphasis on Pennsylvania's Fair Credit Extension Uniformity Act and the Federal Fair Debt Collections Practices Act. Also, Tara concentrates her practice on labor and employment matters representing individuals in sex, age and disability discrimination cases.

Prior to joining Kimmel & Silverman, P.C., Tara was an attorney for the Governor's Office of General Counsel assigned to the Pennsylvania State Police where she worked from 2004 to 2009. As Assistant Counsel for the Pennsylvania State Police, Tara prosecuted violations of the Liquor Code and related regulations, represented the Pennsylvania State Police in arbitrations for various disciplinary and contractual matters, prosecuted municipal police officers at decertification hearings, litigated Pennsylvania Human Relations Commission and Equal Employment Opportunity Commission cases, litigated Heart and Lung Act benefit cases, and represented the Pennsylvania State Police in various matters in the Courts of Common Pleas, Commonwealth Court, and the Superior Court. Also, Tara served as advisory counsel to the Megan's Law Section and the DNA Laboratory and served on the committee that developed the annual in-service training for Pennsylvania's Municipal Police Officers.

From 2001 to 2004, Tara was an attorney for the Governor's Office of General Counsel assigned to the Pennsylvania Board of Probation and Parole. As Assistant Counsel for the Pennsylvania Board of Probation and Parole, Tara litigated cases in original jurisdiction and appellate matters before the Commonwealth Court, Superior Court, and the Supreme Court; advised Board Members, hearing examiners, and parole agents; and served as counsel to the Sexual Offenders Assessment Board. Tara represented the Board in various administrative proceedings, counseled the Board's EEO Officer on investigations, and trained parole agents on various topics.

Education:
Widener University School of Law, J.D., 2001
Elizabethtown College, B.A., (Dual Major), 1998

Bar Admissions:
Pennsylvania

Federal Court Admissions:
United States District Court for the Eastern District of Pennsylvania, United States District Court for the Middle District of Pennsylvania, United States District Court for the District of Colorado; the United States District Court for the Eastern District of Wisconsin; and the United States District Court for the

Eastern District of Arkansas

## Inside Creditlaw.com

- What Are My Rights?
- Debt and Your Rights
- Can You Stop Collection Calls?
- Why Credit Law.Com?
- Active Debt Collectors
- How We Work
- Can You Stop NCO Financial From Calling Me?
- Meet Our Legal Team
- Have Questions? We Have The Answers.
- What is the Fair Debt Collection Practices Act
- Testimonials and Success Stories

## The Credit Blawg

**Stop Collection Calls & Debt Collector Harassment**

1. NCO Financial Systems: A dreadful third party collection agency

   ...

2. Old Debts That Won't Die

   ...

3. NY Law Firm Files 80,000 Suits a Year with 14 Lawyers

   ...

4. Consumer Rights and The Fair Debt Collection Practices Act

   ...

5. Debt Collection Firm Accused of Misappropriation of Funds, Shuts Down

   ...

- Subscribe to The Credit Blawg
- View All Credit Blawg Posts