UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

CLARENCE YOUNGS,                    )
                                    )
                                    )
            Plaintiff               )
                                    )
                                    )   Case No.: 2:11-cv-01329-BMS
        v.                          )
                                    )
NCO FINANCIAL SYSTEMS, INC.,        )
                                    )
            Defendant               )

## PETITION TO WITHDRAW FEE PETITION

The parties having resolved the fees by agreement, Plaintiff, Clarence Youngs, by

his attorney, seeks to withdraw the Petition for Attorney's Fees in the captioned matter.

Dated: June 8, 2011                 By: _____
                                        Craig Thor Kimmel
                                        Attorney ID # 57100
                                        Kimmel & Silverman, P.C.
                                        30 E. Butler Pike
                                        Ambler, PA 19002
                                        Phone: (215) 540-8888
                                        Fax: 877-788-2864
                                        Email: kimmel@creditlaw.com